SCANNED at BCF and Emailed on
3/21/24 by PM 3 pages.
(date) (initials) (num)

**FILED**

**03/21/2024**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MILES ANTHONY THOMAS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) CASE NO. 1:23-cv-01212-JMS-TAB |
| | ) |
| ALYSSA SECREST, | ) |
| MR. HARTZELL, | ) |
| MR. GASKINS, | ) |
| TOMAW, | ) |
| HOLLIAN, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS MOTION FOR DEFAULT JUDGMENT

I, The Plaintiff, Miles Anthony Thomas come before this Honorable court pro se, to ask that a Default Judgment is made against Defendant Alyssa Secrest in the amount of **$350,000** for **failure to respond to Plaintiffs motion for lifting a partial stay and requesting a settlement conference** (Doc. 40) by March 18, 2024, the deadline given by the Magistrate Judge (Doc. 42)

Defendant Alyssa Secrest filed her **Motion to withdraw her Motion for Summary Judgment for Failure to Exhaust Administrative Remedies** on February 15, 2024. (Doc.39) On March 4, 2024 an order granting motion to withdraw was **GRANTED**.

Plaintiff, Miles Thomas filed a **MOTION FOR LIFTING PARTIAL STAY AND REQUEST FOR SETTLEMENT HEARING** on February 20, 2024. (Doc. 40)

An order was filed on February 26, 2024 (Doc. 42) giving the Defendants no later than **March 18, 2024** to file their response to **Motion FOR LIFTING PARTIAL STAY AND REQUEST FOR SETTLEMENT HEARING.**

The Plaintiff, Miles Thomas, ask this Honorable Court for ruling in the Plaintiffs favor and that this Honorable court grant all just and proper relief in the amount of **$350,000** due to the defendants withdraw of their **Motion for Summary Judgment** and the Defendant Alyssa Secrest Failure to respond to the Court Order by the March 18, 2024 deadline that Defendants shall respond to Plaintiffs **motion For Lifting Partial Stay and Request For Settlement Hearing** filed on February 26, 2024. The Plaintiff has proved the material facts of this case is in his favor and any reasonable Jury could rule in the Plaintiffs favor and therefore the Plaintiff request this Honorable court for said Judgment in Plaintiffs favor as matter of Law.

RESPECTFULLY SUBMITTED,

*Miles Thomas 149-856*

MILES ANTHONY THOMAS 149856

BRANCHVILLE CORRECTIONAL FACILITY

21390 OLD STATE ROAD 37

BRANCHVILLE, IN 47514

## **CERTIFICATE OF SERVICE**

I certify that on March 21, 2024, a copy of the foregoing Notice of Plaintiffs Motion for Default Judgment was filed electronically with this court and served on all parties entitled to receive notice via the Court's CM/ECT System.

*/s/ Miles Thomas 149856*

MILES ANTHONY THOMAS 149856